# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR1409-BAS |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| PAULO CARRILLO BADILLO, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against PAULO CARRILLO BADILLO, in this case is dismissed without prejudice.

SO ORDERED.

DATED: May 16, 2019

HONORABLE CYNTHIA A. BASHANT
UNITED STATES DISTRICT JUDGE